UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| FAB HABITAT CORPORATION, | : | |
| | : | |
| Plaintiff, | : | 1:22-cv-02986 (ALC) |
| | : | |
| -against- | : | <u>AMENDED ORDER</u> |
| | : | |
| HOUSELIGHTS, LLC and SATISFYLOVE, INC., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Parties' Joint Letter and the proposed discovery plan, dated October 12, 2023. ECF No. 31. The Parties are hereby **ORDERED** to appear, via telephone, for a conference regarding the discovery dispute on **October 23, 2023 at 3:00pm**. The Parties should contact the Court at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**  October 20, 2023
    New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge